ORIGINAL

**FEINZEIG & JASKIEL**
3025 Quentin Road
Brooklyn, New York 11234
Telephone No.: (347) 462-2295
Facsimile No.: (212) 202-4009

Solomon J. Jaskiel, Esq.
soljas@gmail.com

**MEMO ENDORSED** January 16, 2020

By ECF

The Honorable Louis L. Stanton
United States District Judge
U.S. District Court
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/20
```

Re: *Vitcom LLC v. AT&T Corp.,*
Civ No. 1:19-cv-00295-LLS

Dear Judge Stanton:

I write as counsel for Plaintiff Vitcom, LLC, and with the support of AT&T's counsel, to respectfully request the adjournment of the conference presently scheduled for January 17, 2020. At the just previous conference, which took place on September 13, 2019, the Court deferred signing a scheduling order. The Court, knowing the complex factual nature of the action, urged the parties to continue to work together to see if the action could be resolved without further court intervention.

Since then, the parties have continued to exchange information. The parties have identified additional information that Vitcom needs to obtain, process and give to AT&T. Also, the Federal Communications Commission ("FCC") issued an Order on December 17, 2019 which has significant impact on the claims on this case. The parties believe that further exchange of information and discussion would be helpful at this point. We therefore ask that the conference be adjourned to February 28, 2020 at 12:30, a date and time which we have cleared with Chambers. This will give the parties to the time to provide the additional information identified, analyze the impact the FCC Order and would allow the parties to focus on and perhaps bring a resolution.

This would be the first time a post-September 2019 conference would be adjourned at a

*So Ordered*
*Louis L. Stanton*
1/16/20

parties' request.

    We appreciate the Court's consideration.

                                      Respectfully submitted,

                                      *s/Solomon J. Jaskiel*

                                      SOLOMON J. JASKIEL

SSJ/sb

cc:    Counsel for AT&T (By ECF)