**SIDLEY**

SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
+1 202 736 8000
+1 202 736 8711 FAX

AMERICA • ASIA PACIFIC • EUROPE

MHUNSEDER@SIDLEY.COM
+1 202 736 8236

March 25, 2020

**By ECF**

The Honorable Louis L. Stanton
United States District Judge
U.S. District Court
500 Pearl Street
New York, NY 10007

*MEMO ENDORSED*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/26/20
```

Re:   *Vitcom LLC v. AT&T Corp.*
      Civ. No. 1:19-cv-00295-LLS

Dear Judge Stanton:

Consistent with my conversation with your Chambers earlier today, I write respectfully as counsel for Defendant AT&T Corp. ("AT&T"), with the support of counsel for Plaintiff Vitcom LLC ("Vitcom") to request the adjournment of the status conference presently scheduled for March 27, 2020.

As I explained in conversation with Chambers, the adjournment is necessary because of health and medical issues related to the coronavirus for one of the principal counsel and his family.

Prior to these issues, the parties have continued to work together to narrow the factual and legal issues, and AT&T has recently provided additional analysis of the issues arising from a recent order of the Federal Communications Commission ("FCC") that has a significant effect on the claims in this case. The parties will also continue to be discussing whether this matter can be settled without further court conferences or intervention.

In light of the foregoing, Vitcom and AT&T believe that an adjournment is appropriate. Due to the medical issues of counsel, the parties have not yet determined an appropriate date to which the conference should be adjourned, and they will confer once the medical issues have been resolved. This would be the third time a post-September 2019 conference would be adjourned at the parties' request.

We appreciate the Court's consideration of this request.

*[handwritten annotation:]* Granted. Please report in about 30 days, about status
Louis L. Stanton
3/26/20

Sidley Austin (DC) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

# SIDLEY

The Honorable Louis L. Stanton
March 25, 2020
Page 2

Respectfully submitted,

/s/ Michael J. Hunseder

Michael J. Hunseder

cc:     Solomon J. Jaskiel, Counsel for Vitcom (by ECF)