ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**VITCOM, LLC,**

                      Plaintiff,

    - against -

**AT&T CORP.,**

                      Defendant.

19 Civ. 295 (LLS)

**ORDER**

    It having been reported to the court that this action is settled, it is

    ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within forty-five days of the date of this order either party may apply by letter for restoration of the action to the court's calendar.

    So ordered.

Dated:    New York, New York
            May 4, 2020

                                      *Louis L. Stanton*
                                      LOUIS L. STANTON
                                          U.S.D.J.